RAMIRO MORALES, Bar #7101
E-mail:  rmorales@mfrlegal.com
MORALES FIERRO & REEVES
600 South Tonopah Drive, Suite 300
Las Vegas, NV 89106
Telephone:  (702) 699-7822
Facsimile:   (702) 699-9455

Attorneys for Plaintiff,
THE MASSACHUSETTS BAY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE MASSACHUSETTS BAY INSURANCE COMPANY,<br><br>       Plaintiff,<br><br>    vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PA,<br><br>       Defendant. | CASE NO.:  2:19-cv-00307-JCM-DJA<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the Complaint for Declaratory Relief and Damages filed by Plaintiff The Massachusetts Bay Insurance Company (ECF # 1) is dismissed with prejudice in its entirety;

IT IS HEREBY FURTHER STIPULATED AND AGREED that each party will bear its own costs and attorneys' fees in this action.

DATED:  July 22, 2021                         MORALES, FIERRO & REEVES


BY:/s/*Ramiro Morales*
     RAMIRO MORALES
     Attorneys for Plaintiff, THE MASSACHUSETTS
     BAY INSURANCE COMPANY

---

1

2  DATED:  July 22, 2021

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NICOLAIDES FINK THORPE MICHAELIDES
SULLIVAN LLP


By:    /s/ JEFFREY N. LABOVITCH
       JEFFREY N. LABOVITCH
       Attorneys for Defendant, National Union Fire
       Insurance Company of Pittsburgh, Pa.


IT IS SO ORDERED.

Date: July 28, 2021

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

---

STIPULATION RE DISMISSAL                    CASE NO.:  2:19-cv-00307-JCM-DJA

## CERTIFICATE OF SERVICE

I, the undersigned, am employed by the Law Offices of Morales, Fierro & Reeves located at 2151 Salvio Street, Suite 280, Concord, CA 94520.  I am over the age of eighteen years and not a party to the within action.

On the below date, I served the document(s) described as:

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

| x | **BY ELECTRONIC FILING AND SERVICE with the Clerk of the Court using the CM/ECF System:**  in accordance with F.R.C.P 5(b)(2)(D) and the above Court's Local Rules, I electronically filed the foregoing with the Clerk of the Court for the United States District Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. |
|---|---|

on the interested party(ies) in this action as follows:

Jeffrey N. Labovitch, Esq.
NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
4365 Executive Drive, Suite 950
San Diego, CA  92121
Email:  jlabovitch@nicolaidesllp.com

Attorneys for Defendant NATIONAL UNION
FIRE INSURANCE COMPANY OF PITTSBURGH PA

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 26, 2021, at Concord, California.

_____/s/ Sheila Bird_____
Sheila Bird

---

CERTIFICATE OF SERVICE                    CASE NO.:  2:19-cv-00307-JCM-DJA